FILED
2001 APR -4 PM 2:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
APR - 4 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WEIS-BUY SERVICES, INC., )
)
    Plaintiff, )
)
)
vs )   CIVIL ACTION NO. 00-RRA-2007-S
)
)
ROY J. BEARDEN, JR., also known as )
JUNIOR BEARDEN, individually and )
d/b/a  J & J TOMATO, )
)
    Defendant. )

## MEMORANDUM OPINION

On March 6, 2001, the court dismissed with prejudice plaintiff Weis-Buy Services, Inc.'s complaint against defendant Roy J. Bearden. At the same time, the court ordered an entry of default against Weis-Buy on Bearden's counterclaim. The magistrate judge then set a hearing for April 4, 2001, for Bearden to prove damages. At that time, Bearden presented an affidavit with exhibits.[1]

The court has considered Bearden's submissions in support of his claim for damages, and it is hereby found that Roy J. Bearden, Jr. is due $584,429.28 on his counterclaim against Weis-Buy Services, Inc. A final judgment in accordance with this memorandum opinion will be entered.

DONE this 4th day of April, 2001.

William M. Acker, Jr.
United States District Judge

---

[1] These submissions are in the court file.

